

**ORDERED in the Southern District of Florida on December 17, 2014.**

*A. Jay Cristol* (signature)

A. Jay Cristol, Judge
United States Bankruptcy Court

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Case No. 14-25346-AJC |
| Franklin and Sandra Lizausaba, | Chapter 13 |
| Debtors. _____/ | |

**ORDER DENYING EX PARTE MOTION TO APPROVE MORTGAGE MODIFICATION**
**AGREEMENT WITH OCWEN LOAN SERVICING, LLC**

THIS CAUSE came before the Court upon the Debtor's Ex Parte Motion to Approve Mortgage Modification Agreement with Ocwen Loan Servicing, LLC. [D.E. #61] ("the Motion"). No Mortgage Modification Agreement was attached to the Motion or filed otherwise in the record. The Debtor having failed to file or attach a proposed Mortgage Modification Agreement, it is

ORDERED:

The Motion is DENIED without prejudice.

# # #

Copy to:
Robert Sanchez, Esq.
Nancy K. Neidich, Trustee