**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:  Franklin and Sandra Lizausaba        Case No. 14-25346-AJC
                                           Chapter 13


Debtor(s)/


**EX PARTE MOTION TO APPROVEMORTGAGE MODIFICATION**
**AGREEMENT WITH OCWEN LOAN SERVICING, LLC**

The above-referenced Debtors request the Court enter an Order approving the Mortgage

Modification Agreement with Ocwen Loan Servicing, LLC("Lender") and states as follows:

    1.      The Court referred this matter to Mortgage Modification Mediation ("MMM")

          on October 30, 2014 (ECF # 55).

    2.      The final MMM conference was not held because the parties settled.

    3.      The MMM Mediator filed a Final Report of Mortgage Modification Mediator

          On November 20, 2014 (ECF #60), reporting the parties reached an

          agreement.

    4.      Attached is a copy of the Agreement entered into between the parties

          (with all personal identifiers redacted)**.**

    5.      Pursuant to the Agreement, the Lender will draft all documents required by

          the Agreement, other than pleadings or plans required to be filed in this

          case.

**[For chapter 13 cases only]:**

    6.      Pursuant to the Agreement, the Debtor shall amend/modify the last filed

MMM-LF-14 (08/01/14)

chapter 13 plan on or before January 9, 2015 to provide for the payment.

7.    All payments shall be considered timely upon receipt by the trustee, not

upon receipt by the Lender.

8.    The trustee may disburse the payment as adequate protection to the

Lender until such time as the plan/modified plan is confirmed, or the case

is dismissed or converted to another chapter.

**WHEREFORE, the** Debtor requests the Motion to Approve Mortgage Modification

Agreement with Ocwen Loan Servicing, LLC("Lender") be granted and for such other and

further relief as this Court deems proper.

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the Motion to Approve Mortgage
Modification Agreement with **Ocwen Loan Servicing, LLC**, was served by U.S, first class mail,
upon the parties listed below on December 3, 2014.


**Submitted by:**

/s/ Robert Sanchez
Robert Sanchez, Esq.
Robert Sanchez, P.A.
355 West 49th Street
Hialeah, FL 33012
Tel: (305) 687-8008
Fl Bar No. 0442161


Copies to: [all parties to mediation]